IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 13-20726
_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

FIDEL GALARZA CARDENAS,

      Defendant - Appellant

_____

Appeal from the United States District Court for the
Southern District of Texas, Houston
_____

To: Ms. Lourdes Rodriguez,

### NOTICE AND ORDER TO SHOW CAUSE

      You are directed to show cause in writing within 7 days why we should not impose disciplinary action against you for failing to comply with this Court's January 30, 2015 notice regarding the filing of a letter and supplemental certificate of service. If you remedy the default, the clerk's office will take no further action. However, if the default is not remedied, the clerk will refer the matter to the court for disciplinary action.

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: _____  
Jann M. Wynne, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

cc: Mr. Fidel Galarza Cardenas  
     Ms. Renata Ann Gowie